IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE ADMINISTRATIVE SUBPOENA NO. 690538 TO GANNETT SATELLITE INFORMATION NETWORK, LLC | Case No. |

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Civil Rule 26.1, undersigned counsel for Gannett Satellite Information Network, LLC hereby certify that Gannett Satellite Information Network, LLC is a subsidiary of Gannett Co., Inc., which is a publicly traded company (NYSE: GCI). Black Rock and Vanguard, Inc. are entities with more than a 10% interest in Gannett Co., Inc.

These representations are made in order that judges of this Court may determine the need for recusal.

Dated: May 28, 2021

Respectfully submitted,

BALLARD SPAHR LLP

/s/ *Charles D. Tobin*
Charles D. Tobin (#455593)
Maxwell S. Mishkin (#1031356)
1909 K Street, NW, 12th Floor
Washington, DC 20006
Tel: (202) 661-2200
Fax: (202) 661-2299
tobinc@ballardspahr.com
mishkinm@ballardspahr.com

*Counsel for Gannett Satellite Information Network, LLC*