## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| *IN RE* ADMINISTRATIVE SUBPOENA NO. 690538 TO GANNETT SATELLITE INFORMATION NETWORK, LLC | Misc. Action No. 21-64 (JEB) |

### ORDER OF REFERRAL

The Court has determined that this action should be referred to a magistrate judge for full case management up to and excluding trial. Parties are reminded, pursuant to LCvR 73.1, that this action may be referred for all purposes, including trial, upon the filing of an executed notice of consent by all parties. *Consent of the District Court Judge is not necessary.* Accordingly, it is hereby:

ORDERED that this action is referred to a magistrate judge, beginning immediately; the magistrate judge will be randomly assigned by the Clerk's Office and the appointed magistrate judge will schedule a conference with the parties as soon as possible; and it is

FURTHER ORDERED that any future filings related to this action shall have the initials of Judge James E. Boasberg and the magistrate judge following the case number in the caption.

/s/ *James E. Boasberg*
JAMES E. BOASBERG
United States District Judge

Date: June 4, 2021