IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE ADMINISTRATIVE SUBPOENA NO. 690538 TO GANNETT SATELLITE INFORMATION NETWORK, LLC | Case No. 21-mc-64-JEB-GMH |

**NOTICE OF WITHDRAWAL OF MOTION TO QUASH**

On June 5, 2021, the Department of Justice notified the undersigned counsel that the Federal Bureau of Investigation is withdrawing the administrative subpoena underlying this matter. Attached as Exhibit A is the Department's notification. On this basis, Gannett Satellite Information Network, LLC ("Gannett"), publisher of USA TODAY, respectfully withdraws the Motion to Quash (Dkt. 1), which Gannett filed on May 28, 2021.

Gannett thanks the Court for its assistance in this matter.

Dated: June 5, 2021

Respectfully submitted,

BALLARD SPAHR LLP

/s/ *Charles D. Tobin*
Charles D. Tobin (#455593)
Maxwell S. Mishkin (#1031356)
1909 K Street, NW, 12th Floor
Washington, DC 20006
Tel: (202) 661-2200
Fax: (202) 661-2299
tobinc@ballardspahr.com
mishkinm@ballardspahr.com

*Counsel for Gannett Satellite Information Network, LLC*