UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re ADMINISTRATIVE SUBPOENA | : | |
| NO. 690538 TO GANNETT | : | Case No. 1:21-mc-00064-JEB-GMH |
| SATELLITE INFORMATION | : | |
| NETWORK, LLC | : | |

**GOVERNMENT'S REQUEST TO DISMISS MOTION TO QUASH AS MOOT**

The United States of America, by and through its undersigned attorney, hereby requests that the Court dismiss the motion to quash in this cause as moot. On June 5, 2021, undersigned counsel informed counsel for Gannett Satellite Information Network, LLC (Gannett), via e-mail, that the FBI was withdrawing administrative subpoena no. 690538 because the child sexual exploitation offender subject of the investigation had at that time been identified via other means. On June 7, 2021, counsel for Gannett filed a notice of withdrawal of the motion to quash. Accordingly, the motion should be denied as moot.

Respectfully submitted,

STEVEN J. GROCKI
CHIEF

By:   \_\_\_\_\_/s/_____
KEITH A. BECKER
DEPUTY CHIEF
NY Bar No. 4287967
Child Exploitation and Obscenity Section
1301 New York Ave. NW, Suite 1100
Washington, DC 20530
(202) 305-4104 (office)
Keith.Becker@usdoj.gov

1

## CERTIFICATE OF SERVICE

 I HEREBY CERTIFY that I caused a copy of the foregoing motion to be electronically filed with the Court and served on opposing counsel using the ECF system, on this 7th day of June, 2021.

  ___/s/_____
  KEITH A. BECKER
  Deputy Chief